UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR92-00193 |
| Plaintiff, ) | |
| ) | SUMMARY REPORT OF U.S. |
| v. ) | MAGISTRATE JUDGE AS TO |
| ) | ALLEGED VIOLATIONS |
| SCOTT VERNON REMSBERG, ) | OF SUPERVISED RELEASE |
| ) | |
| Defendant. ) | |
| _____ ) | |

     An initial hearing on supervised release revocation in this case was scheduled before the undersigned Magistrate Judge on April 8, 2005. The United States was represented by Assistant United States Attorney Susan M. Roe, and the defendant by Ms. Carol A. Koller. The proceedings were recorded on cassette tape.

     Defendant had been sentenced on or about July 17, 1992, by the Honorable John C. Coughenour on a charge of six counts of Bank Robbery (18 U.S.C. § 2113(a)), and sentenced to 137 months imprisonment, and three (3) years supervised release.

     The conditions of supervised release included requirements that defendant comply with all local, state, and federal laws and with the standard conditions of supervision. Other special conditions included no firearms or destructive devices, search and seizure, up to a 120-day placement at a comprehensive sanctions center, maintenance of a single checking account, disclosure of business interests, disclosure of all assets and liabilities, no new credit, prohibition

from self-employment without prior approval, mandatory drug testing, abstinence from alcohol, substance abuse treatment, financial disclosure, and restitution.

In an application dated March 29, 2005, U.S. Probation Officer Michael J. Larson, alleged the following violations of the conditions of supervised release:

    1.    Using methadone on or before March 18, 2005, without a prescription in violation of standard condition number seven; and

    2.    Failing to participate and successfully complete up to a 120-day placement at the comprehensive sanctions center (CSC) in Seattle, Washington, in violation of the special condition requiring his participation and successful completion of the CSC program.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted each of the alleged violations and waived any evidentiary hearing as to whether they occurred.

I therefore recommend the Court find defendant violated his supervised release as alleged and that the Court conduct a hearing limited to the issue of disposition. The disposition hearing is set before Judge John C. Coughenour, on April 15, 2005, at 9:00 a.m.

Pending a final determination by the Court, defendant has been detained.

DATED this 8th day of April, 2005.

                        s/ JAMES P. DONOHUE
                        United States Magistrate Judge

cc:    District Judge:        Honorable John C. Coughenour
       AUSA:               Ms. Susan M. Roe
       Defendant's attorney:  Ms. Carol A. Koller
       Probation officer:     Mr. Michael J. Larson